**Dismissed and Memorandum Opinion filed November 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00967-CR

_____

**AKAN AKON USSOH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1301563**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to burglary of a habitation with the intent to commit theft.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on September 30, 2011, to confinement for five years in the Institutional Division of the Texas Department of Criminal Justice.   Appellant filed a pro se notice of appeal.   We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal.   *See* Tex. R. App. P. 25.2(a)(2).   The trial court's certification is included in the record on

appeal.   *See* Tex. R. App. P. 25.2(d).   The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)